CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 09 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERTO DARDEN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:16-cv-00182 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, _et al_, | ) | By:   Glen E. Conrad |
| Defendant(s). | ) |        Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 9th day of May, 2016.

_/s/ Glen E. Conrad_
Chief United States District Judge